IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES EDWARD THOMPSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 7:13cv00032 |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | By:  Michael F. Urbanski |
| Commissioner of Social Security, ) |       United States District Judge |
| ) | |
|     Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED** that the magistrate judge's report and recommendation (Dkt. # 17) is **ADOPTED in its entirety**; plaintiff's motion for summary judgment (Docket # 9) is **DENIED**; the Commissioner's motion for summary judgment (Docket # 13) is **GRANTED**; plaintiff's objections to the report and recommendation (Docket # 18) are **OVERRULED**; the Commissioner's decision is **AFFIRMED**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered:  September 25, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge